**Writ of Mandamus Denied; Opinion Filed October 28, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01440-CV

## IN RE ELIZABETH REBELES, HOLLINGSWORTH SAND & GRAVEL, LLC, AND KELLY DEAN HOLLINGSWORTH, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-10674**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Relators contend the trial judge erred in granting a motion to disqualify counsel. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record relators have provided us, we conclude they have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Additionally, relators' petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus and motion for temporary relief.

131440F.P05

/David Evans/

DAVID EVANS
JUSTICE